September 1, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

FREDA WHITE, Appellant

NO. 14-15-00458-CV                              V.

PRIMOSE AT HERITAGE PARK, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 11, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Freda White.

We further order this decision certified below for observance.